# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| OSCAR FERNANDEZ,<br><br>   *Plaintiffs-Appellee*,<br><br>v.<br><br>TYSON FOODS INC., et al.,<br><br>   *Defendants-Appellants*. | No. 21-1012 |

## CORPORATE DISCLOSURE STATEMENT FOR APPELLANTS TYSON FOODS, INC. AND TYSON FRESH MEATS, INC.

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellant Tyson Foods, Inc. certifies that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock. Appellant Tyson Fresh Meats, Inc. hereby certifies that it is a wholly owned subsidiary of Tyson Foods, Inc.

             Respectfully submitted,

             <u>s/Paul D. Clement</u>
             PAUL D. CLEMENT
             ERIN E. MURPHY
             C. HARKER RHODES IV
             KIRKLAND & ELLIS LLP
             1301 Pennsylvania Avenue, NW
             Washington, DC 20004
             Telephone: (202) 389-5000
             Email: paul.clement@kirkland.com

*Counsel for Appellants Tyson Foods, Inc. and Tyson Fresh Meats, Inc.*
January 6, 2021

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement<br>
Paul D. Clement